## HOOKS *v.* CITY OF DUBLIN *et al.* ·

The exception is to a judgment sustaining a general demurrer and dismissing the petition. The case coming before the court consisting of an entire bench of six Justices, who are equally divided, Russell, C. J., and Hill and Gilbert, JJ., being of the opinion that the judgment should be reversed, and Beck, P. J., and Atkinson and Hines, JJ., being of the contrary opinion, the judgment is affirmed by operation of law.

No. 8622. DECEMBER 18, 1931.

*Hall, Grice & Bloch* and *G. H. Williams,* for plaintiff.
*Blackshear & Blackshear,* for defendants.

## MOBLEY, superintendent of banks, *et al.* v. CITY OF METTER.

This case being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., Beck, P. J., and Hines, J., being of the opinion that the judgment of the court below should be affirmed, and Atkinson, Hill, and Gilbert, JJ., being of the opinion that it should be reversed, the judgment stands affirmed by operation of law.

No. 8633. DECEMBER 18, 1931.

*Park & Strozier* and *W. H. Lanier,* for plaintiff in error.
*Anderson & Trapnell,* contra.